UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EARL A. DANCY, | Case No:  C 10-02602 SBA |
| Plaintiff, | |
| vs. | **ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |
| AURORA LOAN SERVICES, LLC, et al., | |
| Defendants. | |

On August 26, 2010, Plaintiff filed an Ex Parte Motion for Temporary Restraining Order, seeking an order prohibiting Defendant Aurora Loan Services LLC (Defendant) from causing Plaintiff to be evicted from his home before his challenge to the trustee's sale of his home can be heard on the merits.

IT IS HEREBY ORDERED THAT:

1.    Defendant shall file any opposition to Plaintiff's motion by August 30, 2010 .

2.    Any reply shall be filed by 12:00 p.m. on August 31, 2010.

3.    Pursuant to Federal Rule of Civil Procedure 78(b), this Court may take this matter under submission upon the filing of a reply brief.  The Court will notify the parties if a hearing is necessary.

IT IS SO ORDERED.

Dated: 8/27/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge